USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO NUNEZ-HERNANDEZ,

                Plaintiff,

v.

ANTHONY GAFFNEY,

                Defendant.

19-CV-10596 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed at today's conference, the parties shall file a joint status update on or before June 30, 2021.

SO ORDERED.

Dated:    May 14, 2021
            New York, New York

                                        Ronnie Abrams
                                        United States District Judge