UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/22/21
```

FRANCISCO NUNEZ-HERNANDEZ,

                Plaintiff,

v.

ANTHONY GAFFNEY,

                Defendant.

No. 19-CV-10596 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court has previously ordered that the parties file a status update no later than October 12, 2021, updating the Court regarding the results of mediation. Dkt. 30. No update has been filed on the docket. Accordingly, the parties shall submit a letter regarding the results of mediation by November 12, 2021.

SO ORDERED.

Dated:    October 22, 2021
            New York, New York

_____
Ronnie Abrams
United States District Judge