UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/12/2021
```

FRANCISCO NUNEZ-HERNANDEZ,

            Plaintiff,

v.

ANTHONY GAFFNEY,

            Defendant.

No. 19-CV-10596 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of Plaintiff's November 11, 2021 letter stating that mediation was unsuccessful in this matter. Dkt. 35. The parties are hereby ordered to submit a joint status letter no later than December 3, 2021, proposing next steps for this litigation. If the next step is trial, the parties shall include in their letter whether they wish to proceed with a bench trial or a jury trial, and to propose available dates for trial between April 2022 and June 2022.

SO ORDERED.

Dated:   November 12, 2021
          New York, New York

                                          Ronnie Abrams
                                          United States District Judge