USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO NUNEZ-HERNANDEZ,

                Plaintiff,

v.

ANTHONY GAFFNEY,

                Defendant.

No. 19-CV-10596 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The following is hereby ORDERED:

    The parties shall be prepared to try this case on June 13, 2022. The Court notes, however, that although it will request that trial date, it cannot provide assurance that a reconfigured COVID-safe courtroom will be available at that time. In any event, in accordance with the Court's individual rules, the parties shall submit a joint pretrial order, motions in limine, proposed findings of fact and conclusions of law, and pretrial memoranda of law by May 9, 2022; any oppositions shall be filed by May 16, 2022; and any replies shall be filed by May 30, 2022. A final pretrial conference is scheduled for June 6, 2021 at 3:00 p.m.

SO ORDERED.

Dated:   December 8, 2021
           New York, New York

                                      Ronnie Abrams
                                      United States District Judge